UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PAUL "BARNEY" HALLINGBY                           :
                                                   :
                        Plaintiff,                 :
                                                   :
        - against -                                : Index No. 09 Civ 2223 (MGC)
                                                   :
ROUSH PUBLICATIONS, INC., GERALD L. ROUSH,         : ORAL ARGUMENT
CAVALLINO, INC., and JOHN W. BARNES, JR.           : REQUESTED
                                                   :
                        Defendant.                 :
------------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that upon their accompanying Memorandum of Law dated March 24, 2010, and the exhibits thereto, and all prior pleadings and proceedings in this action, Defendants Roush Publications, Inc., Gerald L. Roush, Cavallino, Inc., and John W. Barnes, Jr. ("Defendants") will move this Court before the Honorable Miriam Goldman Cedarbaum, U.S.D.J., at the United States Courthouse, 500 Pearl Street, Courtroom 14A, New York, New York, 10007, on April 22, 2010, at 9:30 AM, for an order pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f), striking portions of the First Amended Complaint against Defendants and dismissing the First Amended Complaint against Defendants in its entirety, and with prejudice.

Dated: New York, New York
      March 24, 2010

                    ARKIN KAPLAN RICE LLP

                    By: /s/ Howard J. Kaplan
                    Howard J. Kaplan (HK 4492)
                    Alex Reisen (AR 5432)
                    590 Madison Ave., 35th Floor
                    New York, New York 10022
                    (212) 333-0200 (phone)
                    (212) 333-2350 (fax)

                    *Attorneys for Defendants*