UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAUL "BARNEY" HALLINGBY,  :  ECF CASE

    Plaintiff,  :

v.  :  No. 09 Civ. 2223

    :  **ORDER FOR ADMISSION**
ROUSH PUBLICATIONS, INC., GERALD L.  :  **PRO HAC VICE**
ROUSH, CAVALLINO, INC., and JOHN W.  :  **ON WRITTEN MOTION**
BARNES, JR.,  :

    Defendants.  :

------------------------------------- x

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/21/10*

    Upon the motion of Sandra J. Rampersaud, attorney for Plaintiff Paul "Barney" Hallingby and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> Barry Langberg
> Brownstein Hyatt Farber Schreck, LLP
> 2029 Century Park East, Suite 2100
> Los Angeles, CA 90067
> Phone: (310) 500-4634
> Fax: (310) 500-4602
> Blangberg@BHFS.com

is admitted to practice pro hac vice as counsel for Plaintiff Paul "Barney" Hallingby in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: New York, New York
April 21, ~~2009~~ 2010

s/ _____
United States District/~~Magistrate~~ Judge